IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 06-cv-2081-ZLW-MEH

EVA GARCIA,

    Plaintiff,

v.

JOHNSON & JOHNSON, a New Jersey corporation;
ORTHO-McNEIL PHARMACEUTICAL, INC., a Delaware corporation; and
JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT,
LLC, a New Jersey limited liability company,

    Defendants.

_____

ORDER
_____

    After consideration of the case file herein, I hereby exercise my discretion as a senior judge to decline this case.  Therefore, it is

    ORDERED that this case is returned to the Clerk's office for reassignment to another judge.

    Dated at Denver, Colorado, this   25   day of October, 2006.

                                      BY THE COURT:

                                      _____
                                      ZITA L. WEINSHIENK, Senior Judge
                                      United States District Court